UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Jose Giner, | ) | CASE NO.: 5:25CV143 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Summa Health, | ) | |
| | ) | |
| Defendant. | ) | |

The parties have informed this Court via email that the above matter has been settled. Therefore, the docket will be marked "settled and dismissed without prejudice." The parties may submit within forty-five (45) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissal with prejudice, if they deem it necessary. If approved, the proposed entry shall supplement this order. This Court retains jurisdiction over the settlement. The case management conference scheduled for 8/5/2025 is hereby cancelled.

    IT IS SO ORDERED.


    8/4/2025                                                                        */s/ Judge John R. Adams*
                                                                                              JUDGE JOHN R. ADAMS
                                                                                              UNITED STATES DISTRICT COURT